UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>            Plaintiff,<br><br>      vs.<br><br>K. HOLLAND, et al.,<br><br>            Defendants. | 1:13-cv-01523-AWI-GSA-PC<br><br>ORDER DISREGARDING PLAINTIFF'S THIRD MOTION FOR RECONSIDERATION OF COURT'S ORDER DISMISSING CASE<br>(Doc. 21.) |

     Stewart Manago ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 20, 2013.  (Doc. 1.)  On September 30, 2013, Plaintiff filed motion to proceed in forma pauperis under 28 U.S.C. § 1915.  (Doc. 4.)   On October 8, 2013, the court issued an order granting Plaintiff leave to proceed in forma pauperis.  (Doc. 6.)

     On January 14, 2015, the court issued an order revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and dismissing the case, without prejudice to refiling with the submission of the $400 filing fee.  (Doc. 12.)  On August 20, 2015, Plaintiff filed a motion for reconsideration of the court's January 14, 2015 order.  (Doc. 21.)

     This is Plaintiff's third motion for reconsideration of the court's January 14, 2015 order. Plaintiff was advised in the court's order of February 24, 2015, that "[n]o further motions for

reconsideration shall be considered in this case." (ECF No. 16 at 3 ¶III.2.) Therefore, Plaintiff's present motion shall be disregarded.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration, filed on August 20, 2015, is DISREGARDED.

IT IS SO ORDERED.

Dated:   **August 25, 2015**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE